No. 86–622.   Traynor v. Turnage, Administrator, Veterans' Administration, et al.   C. A. 2d Cir.; and

No. 86–737.   McKelvey v. Turnage, Administrator of Veterans' Affairs, et al.   C. A. D. C. Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Justice Scalia took no part in the consideration or decision of these petitions.

No. 86–946.   Employment Division, Department of Human Resources of the State of Oregon, et al. v. Smith; and

No. 86–947.   Employment Division, Department of Human Resources of the State of Oregon, et al. v. Black.   Sup. Ct. Ore.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 86–995.   Murray v. United States; and

No. 86–1016.   Carter v. United States.   C. A. 1st Cir.   Certiorari granted in No. 86–995 limited to Question I presented by the petition.   Certiorari granted in No. 86–1016 limited to Question II presented by the petition.   Cases consolidated and a total of one hour allotted for oral argument.

No. 85–359.   County of Wayne et al. v. Marchese.   C. A. 6th Cir.   Certiorari denied.

No. 85–1048.   Vippolis et al. v. Village of Haverstraw, New York, et al.   C. A. 2d Cir.   Certiorari denied.

No. 85–1192.   City of Shepherdsville, Kentucky, et al. v. Rymer.   C. A. 6th Cir.   Certiorari denied.

No. 85–1485.   Walker v. Ohio.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.